IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, MID-CENTURY INSURANCE COMPANY, and FARMERS NEW WORLD LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:19-CV-163-WKW |
| DAVID SCOTT GORDON and CORNERSTONE INSURANCE & FINANCIAL GROUP, INC., | ) ) ) ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT**

Plaintiffs Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company, and Farmers New World Life Insurance Company (collectively, "Farmers"), and Defendants David Scott Gordon ("Gordon") and Cornerstone Insurance & Financial Group, Inc. ("Cornerstone") (collectively, "Defendants"), have reached an agreement to resolve the claims and controversies in the above-captioned litigation. (Doc. # 15.) Pursuant to that agreement and the parties' supplemental stipulation (Doc. # 17), it is ORDERED, ADJUDGED, and DECREED that, with the consent of Defendants,

judgment is entered in favor of Plaintiffs and against Defendants for injunctive relief as follows:

(1)     For a period commencing immediately and continuing through August 31, 2019, Gordon and Cornerstone will not directly or indirectly solicit, accept, or service the insurance business of any Farmers policyholder who was a policyholder of record with Gordon's agency as of August 31, 2018; and

(2)     Gordon and Cornerstone will not, at any time following entry of this Consent Judgment, use the confidential information and/or trade secrets of Farmers for any purpose.

This action is DISMISSED with prejudice, subject to the parties' compliance with the provisions set forth in this Consent Judgment, with the parties bearing their own attorneys' fees and costs.

The court shall retain jurisdiction over the enforcement of the settlement agreement for three years until **July 23, 2022**.

The Clerk of the Court is DIRECTED to close this action.

DONE this 23rd day of July, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE